738 A.2d 1290

IN THE MATTER OF BRADLEY J. WEIL,
AN ATTORNEY AT LAW.

November 4, 1999.

### ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **BRADLEY J. WEIL** of **NORTH HALEDON,** who was admitted to the bar of this State in 1987;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that

respondent acted unethically in two matters, *Salcedo* and *Ferraz-zano;*

And the parties having agreed that respondent's conduct warrants a reprimand;

And the Disciplinary Review Board' having reviewed the record pursuant to *Rule* 1:20–10(b)(3) and having determined that respondent's misconduct violated *RPC* 1.7 (conflict of interest) and *RPC* 8.4 (conduct involving misrepresentation);

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **BRADLEY J. WEIL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.